UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RHETT E TAYLOR ET AL.,

    Plaintiff(s),

  v.

PNC BANK NATIONAL ASSOCIATION,

    Defendant(s).

CASE NO. 2:19−cv−01142−JCC

ORDER SETTING STATUS CONFERENCE

    The attorney who will be responsible for trying the case, or that attorney's representative, should attend the conference and be prepared to discuss the following matters at the conference:

    1. An estimate of the number of days that will be needed for trial;

    2. The date by which the case will be ready for trial;

    3. Whether the parties intend to mediate pursuant to LCR 39.1 and, if so, when the parties expect to complete mediation;

//
//
//
//
//
//

If counsel's office is outside of the Greater Metropolitan Seattle area, local counsel should attend on behalf of non–local counsel. If local counsel is unavailable, non–local counsel may make arrangements to participate telephonically in the conference by contacting the Courtroom Deputy Clerk at **Paul_Pierson@wawd.uscourts.gov** at least TEN (10) DAYS in advance of the proceeding.

Counsel do NOT need to file a Joint Status Report or Rule 26(f) Report in advance of the Status Conference. Counsel should plan on arriving 10–15 minutes early to check in with the Courtroom Deputy Clerk as the Court's calendar promptly begins at 9:00 a.m.

COUNSEL OR THE PRO SE PARTY WHO FILED THIS MATTER SHALL IMMEDIATELY NOTIFY ALL PARTIES OF THE DATE AND TIME OF THE SCHEDULED STATUS CONFERENCE.

A Status Conference is set for **November 5, 2019 at 09:00 AM** in before United States District Judge John C. Coughenour.

DATED: July 30, 2019

        /s/ *Paul Pierson*
Courtroom Deputy Clerk for
United States District Judge
John C. Coughenour