THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHETT E. TAYLOR AND LAURIE D. TAYLOR,<br><br>                Plaintiff,<br><br>   v.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>                Defendant. | No. 2:19-cv-01142-JCC<br><br>DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT |

CORPORATE DISCLOSURE STATEMENT
(No. 2:19-cv-01142-JCC) – 1

145428885.1

**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050

**CORPORATE DISCLOSURE STATEMENT OF**

**DEFENDANT PNC BANK, NATIONAL ASSOCIATION**

Pursuant to Fed. R. Civ. Proc. 7.1 and Local Rule 7.1, Defendant PNC Bank, National Association, by its undersigned counsel, hereby provides the following corporate disclosure statement:

The PNC Financial Services Group, Inc. is a financial holding company trading under the symbol "PNC" on the New York Stock Exchange. PNC Bank, National Association is a national banking association and is an indirect subsidiary of The PNC Financial Services Group, Inc. PNC Bank, National Association's main office as stated in its articles of association is located in Delaware and its principal place of business is in Pennsylvania.

DATED: August 22, 2019

By: s/ Thomas N. Abbott
Thomas N. Abbott #53024
Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email:  TAbbott@perkinscoie.com

CORPORATE DISCLOSURE STATEMENT
(No. 2:19-cv-01142-JCC) – 2

145428885.1

**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Phone:  415.344.7000
Fax:  415.344.7050

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I electronically filed the foregoing DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Christina L Henry, WSBA 31273
> Jacob D. DeGraaff, WSBA# 36713
> HENRY & DEGRAAFF, PS
> Counsel for Plaintiffs
> 787 Maynard Ave S
> Seattle, WA 98104
> Tel.:   206-330-0595
> Fax:   206-400-7609
> chenry@hdm-legal.com
> jacobd@hdm-legal.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

> Non ECF ServiceList

s/ <i>Matthew Walkup</i><br>
Matthew Walkup

---

CORPORATE DISCLOSURE STATEMENT
(No. 2:19-cv-01142-JCC) – 3

145428885.1

**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Phone:  415.344.7000
Fax:  415.344.7050