THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHETT E. TAYLOR AND LAURIE D. TAYLOR,<br><br>    Plaintiff,<br><br> v.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | No. 2:19-cv-01142-JCC<br><br>NOTICE OF APPEARANCE OF COUNSEL<br><br>(Clerk's Action Required) |

NOTICE OF APPEARANCE
(No. 2:19-cv-01142-JCC) – 1

145643390.1

**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050

TO: The Clerk of the Court

AND TO: All Parties and Their Counsel of Record

PLEASE TAKE NOTICE pursuant to LCR 83.2(a) of the appearance of Thomas N. Abbott and Kristine E. Kruger as counsel on behalf of Defendant PNC Bank, National Association ("PNC"). Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

DATED: September 10, 2019

By: s/ Kristine E. Kruger
By: s/ Thomas N. Abbott
Kristine E. Kruger #44612
Thomas N. Abbott #53024
Attorneys for Defendant PNC BANK, NATIONAL ASSOCIATION
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: KKruger@perkinscoie.com
TAbbott@perkinscoie.com

NOTICE OF APPEARANCE
(No. 2:19-cv-01142-JCC) – 2

145643390.1

**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050

# **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2019, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Christina L Henry, WSBA 31273
    Jacob D. DeGraaff, WSBA# 36713
    HENRY & DEGRAAFF, PS
    Counsel for Plaintiffs
    787 Maynard Ave S
    Seattle, WA 98104
    Tel.:   206-330-0595
    Fax:   206-400-7609
    chenry@hdm-legal.com
    jacobd@hdm-legal.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Non ECF ServiceList

                                        s/ *Matthew Walkup*
                                        Matthew Walkup

NOTICE OF APPEARANCE
(No. 2:19-cv-01142-JCC) – 3

145643390.1

**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050