THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHETT TAYLOR and LAURIE D. TAYLOR, | CASE NO. C19-1142-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PNC BANK, NATIONAL ASSOCIATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to file an amended complaint (Dkt. No. 14). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Pursuant to the parties' stipulation:

1. Plaintiffs are granted leave to file their amended complaint; and
2. Defendant shall file an answer to the amended complaint no later than November 4, 2019.

DATED this 18th day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk