THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHETT E. TAYLOR and LAURIE D. TAYLOR,<br><br>Plaintiffs,<br>v.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | CASE NO. C19-1142-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the hearing date (Dkt. No. 24) of Plaintiffs' pending motion to strike (Dkt. No. 22). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion (Dkt. No. 24). The Clerk is DIRECTED to renote Plaintiffs' pending motion to strike (Dkt. No. 22) to December 20, 2019. Defendant's response brief shall be filed no later than December 16, 2019. Plaintiffs' reply brief, if any, shall be filed no later than December 20, 2019.

//

//

//

MINUTE ORDER
C19-1142-JCC
PAGE - 1

1       DATED this 6th day of December 2019.

2                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk

MINUTE ORDER
C19-1142-JCC
PAGE - 2