UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHETT E. TAYLOR and LAURIE D. TAYLOR,<br><br>Plaintiffs,<br>v.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | CASE NO. C19-1142-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to strike affirmative defenses (Dkt. No. 22). Having thoroughly considered the parties' briefing and the relevant record, the Court declines to strike Defendant's affirmative defenses and accordingly DENIES the motion.

DATED this 23rd day of January 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
