THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHETT E. TAYLOR and LAURIE D. TAYLOR,<br><br>              Plaintiffs,<br><br>    v.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>              Defendant. | No. 2:19-cv-01142-JCC<br><br>DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR:<br><br>FRIDAY, APRIL 24, 2020 |

    Defendant PNC Bank, National Association ("PNC"), by and through the undersigned counsel, respectfully requests to modify the date by which PNC's opposition to Plaintiffs' Motion for Summary judgment is due.

    On Friday, April 2, 2020, Plaintiffs filed their Motion for Summary Judgment with a hearing date set for Friday, April 24, 2020. Defendant PNC's opposition to Plaintiffs' Motion for Summary Judgment is currently due on Monday, April 20, 2020.

    Attorneys for PNC and representatives for PNC are currently out of the office working from home given the current COVID-19 pandemic. PNC respectfully requests two-weeks additional time to respond to Plaintiff's Motion for Summary Judgment to allow additional time

---

DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S
MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
(No. 2:19-cv-01142-JCC) –1

147876011.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

for PNC to review and prepare the opposition and supporting documents, including having the Declaration of PNC compiled, reviewed and signed.

Specifically, PNC requests two-weeks additional time to respond to Plaintiffs' Motion for Summary until Monday, May 4, 2020 to oppose Plaintiffs' Motion for Summary Judgment setting the hearing date at Friday, May 8, 2020.

This Motion is made in good faith and not for the purposes of delay. If granted, this Motion will not result in prejudice to any of the parties. Further, this Motion will not affect any of the other dates set by the Court in its November 27, 2019 Order.

DATED:  April 16, 2020

By: s/ Thomas N. Abbott
Kristine E. Kruger, WSBA #44612
Thomas N. Abbott WSBA #53024
Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email:  TAbbott@perkinscoie.com
Email:  KKruger@perkinscoie.com
        TAbbott@perkinscoie.com

DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S
MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
(No. 2:19-cv-01142-JCC) –2
147876011.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, I electronically filed the foregoing DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Christina L Henry, WSBA 31273
Jacob D. DeGraaff, WSBA# 36713
HENRY & DEGRAAFF, PS
Counsel for Plaintiffs
787 Maynard Ave S
Seattle, WA 98104
Tel.:   206-330-0595
Fax:   206-400-7609
chenry@hdm-legal.com
mainline@hdm-legal.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Non ECF ServiceList

s/ *Matthew Walkup*
Matthew Walkup

DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
(No. 2:19-cv-01142-JCC) –3
147876011.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000