THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHETT E. TAYLOR and LAURIE D. TAYLOR,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　　Defendant. | CASE NO. C19-1142-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' stipulation regarding Plaintiffs' pending motion for attorney fees and Defendant's anticipated motion to stay (Dkt. No. 49). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby ORDERS that:

1. The Clerk is DIRECTED to renote Plaintiffs' motion for attorney fees (Dkt. No. 46) to September 18, 2020;

2. Defendant's response to the motion for attorney fees must be filed no later than September 14, 2020;

3. Plaintiffs' reply in support of their motion for attorney fees must be filed no later than

MINUTE ORDER
C19-1142-JCC
PAGE - 1

September 18, 2020;

4. Defendant's anticipated motion to stay must be noted for September 18, 2020;

5. Plaintiffs' response to the motion to stay must be filed no later than September 14, 2020; and

6. Defendant's reply in support of its motion to stay must be filed no later than September 18, 2020.

DATED this 27th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
